IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY P. GRENWALT,

                Plaintiff,

v.                                           ORDER

JOAN HANNULA, JAMIE BARKER, and        17-cv-74-jdp
REED RICHARDSON,

                Defendants.

---

In an April 16, 2018 order, I gave pro se plaintiff Rodney P. Grenwalt until April 30 to explain whether he intends to pursue this lawsuit. Dkt. 28. I warned him that if he failed to respond, I would dismiss the case with prejudice for his failure to prosecute it. On April 30, the court received a letter from Grenwalt indicating that he is "no longer going forward with this suit." Dkt. 29. Accordingly, I will dismiss this case with prejudice for Grenwalt's failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Rodney P. Grenwalt's complaint is DISMISSED with prejudice for his failure to prosecute it. The clerk of court is directed to close this case.

Entered May 1, 2018.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          JAMES D. PETERSON
                                          District Judge