IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY P. GRENWALT,

      Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                           17-cv-74-jdp

JOAN HANNULA, JAMIE BARKER, and
REED RICHARDSON,

      Defendants.

---

        This action came for consideration before the court with District Judge
James D. Peterson presiding.  The issues have been considered and a decision has
been rendered.

---

        IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case for plaintiff Rodney P. Grenwalt's failure to prosecute it.

      /s/                                       5/1/2018

| Peter Oppeneer, Clerk of Court | Date |
|---|---|